UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NYITECKA EVANS-PONIO FOR
T.J.,

    Plaintiff,

vs.                                  Case No. 8:08-cv-1363-T-24HTS

MICHAEL J. ASTRUE,
Commissioner of Social
Security,

    Defendant.
_____

**O R D E R**

    This cause is before the Court on the Motion for Award of Attorney's Fees and Costs Pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412 (Doc. #19; Petition). Defendant has no objection to the amount sought. *See* Defendant's Response to Plaintiff's Motion for Attorney's Fees (Doc. #20) at 1.

    It is requested that the Court award $2,256.00 in attorney fees to Plaintiff's counsel pursuant to the Equal Access to Justice Act. *See* Petition at 1. Additionally, $350.00 in costs is sought for the filing of the complaint. *Id*. at 2. Counsel expended 14.1 hours in representing Plaintiff before the Court in 2008 (1.9 hour) and 2009 (12.2 hours). *See id*. at 1; Plaintiff's Attorney's Affidavit Supporting Motion for Award of Attorney's Fee Pursuant to

the Equal Access to Justice Act, 28 U.S.C. § 2412, attached to the Petition, at 6-7. An hourly rate of $160.00 is sought for attorney fees. See Petition at 1. The requested amount is found to be reasonable in light of 28 U.S.C. § 2412(d)(2)(A), which permits adjustment of the maximum fee of $125.00 per hour based on an increase in the cost of living.[1]

Having reviewed the Petition and case file herein, the Court finds Plaintiff satisfies the statutory requirements for an award of fees. See 28 U.S.C. § 2412(d). Thus, in light of the parties' agreement, Plaintiff may reasonably be awarded $2,256.00 in fees and $350.00 in costs.

Accordingly, the Petition (Doc. #19) is **GRANTED** and Plaintiff is hereby awarded the amount of $2,256.00 in attorney's fees and $350.00 in costs to be paid by Defendant.

**DONE AND ORDERED** at Jacksonville, Florida, this 18th day of November, 2009.

/s/ Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

---

[1] For the purpose of determining the rate of inflation, the Court viewed http://data.bls.gov/cgi-bin/cpicalc.pl (last visited November 12, 2009).

Copies to:

Counsel of record and
    pro se parties, if any